### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAMMY SAUNDERS** | : |
| **Plaintiff,** | : |
| v. | : Case No.: 1:20-cv-02075-JEJ |
| **OPTUM, INC.,** | : |
| **Defendant.** | : |

### ORDER OF COURT

AND NOW, this 29th day of March, 2021, upon consideration of the Plaintiff's Motion for Entry of Default against Defendant, Optum, Inc., it is hereby ORDERED that the said Motion is GRANTED and default is entered against Defendant, Optum, Inc., for failure to plead or otherwise defend. The Clerk of Court shall CLOSE the file on this case.

BY THE COURT,

_____
Hon. John E. Jones III